# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE JAMES, | ) | Case No. CV 12-10238-R (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CONNIE GIBSON, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: June 26, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE